FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 DEC -6 PM 4:59

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Telela Shinwault, Plaintiff

v. RTD Regional Transportation District

And Employees,

Lori Mates RTD Senior Risk Management Specialist

lissa F Stadpp RTD Senior Manager Risk Management

Rolf G. Asphaug General Counsel RTD, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

---

**COMPLAINT**

Personal Injury Claim · Claim No L19-3023 7 G-

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Telela Shinault  2833 Birch St. Denver, Co. 80207
(Name and complete mailing address)

720-416-1057
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Ion Hales 1660 Blake St. Denver, CO 80202
(Name and complete mailing address)

303-299-2346
(Telephone number and e-mail address if known)

Defendant 2:  Lissa F Stauff 1660 Blake St. Denver, CO 80202
(Name and complete mailing address)

303-299-2346 - 303-299-2115
(Telephone number and e-mail address if known)

Defendant 3:  Rolf G. Asphaug 1660 Blake St. Denver, CO 80202 Blk-23
(Name and complete mailing address)

303-299-2203 - 120-841-8119
(Telephone number and e-mail address if known)

Defendant 4:  RTD Regional Transportation District 1660 Blake St. Denver, CO 80202
(Name and complete mailing address)

303-299-6000
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Violation of ADA American Disability Act

Senior Disabled Mental Physically Handicapped TBI

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of __U.S. citizen__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Severly injuryed, Mechanical lift Plate Didnct lock RTD/R40 Bus

Supporting facts: Telela Shinault was Throw, Half Body was on Floor, Half Body was on Exit Disabled Concrete Ramp. Paralizing Telela Shinault Senior Disabled mental phsically. TBI Handicapped. Broken Fractures nose Fractured Tooth Severe pain meds y Denver paramedics Fir Department Denver. Transported To ER Saint lukes prospetion Neck Brace Administered pain meds ER DR. X-rays Bleedy Busted upper lip

Injurys Both Arthr's Feet cnt Toes caus nerv Damage. Injured left Elbow. Both Right and left shoulders Right knee. Cervical Neck and Spine lowerBack Blurred vision Severe Mental Anguish. crying Dippression Sevey istrickly fer fear of never walking again. RTD Field officers RTD Driver..

Still under Specialist Pt.. PCP. mental Health Pychist and neves donter case management. mental health. Oct 9, 2018 - Dec 6 2019 - Dec 10, 2019, Dec 12 2019.

And continya Mrs Telela Shinault 68 year old female. Tyspry Recust Discrimetion from RTD Regional Transportation District First moverment And denied. Cancel for as She is Afro American. Panal whem have Complied with Hippa Release. Denver Health Atlas Physcal Theorpy mTHD mentel Health. Denver Dentist Medical Records. Sincerly mrs Telela Shinault. Dec 4 2019, 720-416-1057. 2833 Birch St Denver, CO 80207

CLAIM TWO: _____

　　　Supporting facts:

### E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

### F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12-6-2019
_____
(Date)

(Revised December 2017)